**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Dairy, LLC, | ) No. CV 12-1425-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| J&M Cattle Co., LLC; et al., | ) |
| Defendants. | ) |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company).

Accordingly,

**IT IS ORDERED** that by August 24, 2012, Plaintiff shall file a supplement to the complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed without prejudice for lack of federal subject matter jurisdiction.

DATED this 10th day of August, 2012.

James A. Teilborg
United States District Judge