**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Dairy, LLC, | ) No. CV 12-1425-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| J&M Cattle Co., LLC; et al., | ) |
| Defendants. | ) |

The Court has reviewed the Supplement regarding jurisdiction (Doc. 17) and finds jurisdiction to have been pleaded. Therefore, IT IS ORDERED that the Court will take no further action regarding jurisdiction without prejudice to Defendants later raising any jurisdictional issues they deem appropriate.

DATED this 23rd day of August, 2012.

_____
James A. Teilborg
United States District Judge